JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alberto Mpiana Da Mesquita E Melo,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Citizenship and Immigration Services (USCIS), et al.,<br><br>Defendant. | Case No. 2:24-cv-01030-JAD-EJY<br><br>**Joint Stipulation to Stay the Proceedings (Third Request); Order**<br><br>ECF Nos. 20, 21 |

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for an additional period of 30 days, or until **February 5, 2025**.

The parties have conferred, and they may resolve this matter without continued litigation. The subject of this litigation concerns Plaintiff's I-485 application for adjustment of status and I-601 application for waiver of grounds of inadmissibility. Plaintiff asserts Defendants have unduly delayed the processing of his I-485 and I-601 applications. Upon review of Plaintiff's administrative case with USCIS, Defendants posit that Plaintiff's case with USCIS is no longer pending. However, Defendants also found that the timing of an associated denial notice, as issued, inadvertently created confusion surrounding the pendency of Plaintiff's administrative case.

Since the last stay was granted, Defendants conducted a legal review of Plaintiff's USCIS case, and the parties conferred regarding the results of such review. USCIS needs

1    additional time to conduct an internal inquiry that may resolve questions surrounding

2    Plaintiff's eligibility. Pending the remaining internal inquiry, this litigation may become

3    moot.

4         This is the third request to stay the proceedings. This request is not sought for

5    purposes of delay or any other improper purpose, but to facilitate the parties' efforts to

6    resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ.

7    P. 1. The parties reserve the ability to seek additional time to finalize resolution, if

8    necessary.

9    / /

10   / /

11   / /

12   / /

13   / /

14   / /

15   / /

16   / /

17   / /

18   / /

19   / /

20   / /

21   / /

22   / /

23   / /

24   / /

25   / /

26   / /

27   / /

28   / /

Respectfully submitted this 7th day of January 2025.

SULL & ASSOCIATES, PLLC.          JASON M. FRIERSON
                                   United States Attorney

*/s/ Hardeep Sull*                 */s/ Christian R. Ruiz*
HARDEEP SULL                       CHRISTIAN R. RUIZ
3753 Howard Hughes Parkway,        Assistant United States Attorney
Suite 200                          *Attorneys for the Federal Defendants*
Las Vegas, Nevada 89169
(702) 953-9500
dee@sullglobal.com


THE BROOKS LAW FIRM, APC

*/s/   Carlo Brooks*
CARLO BROOKS
*Pro hac vice*
3826 Grand View Blvd.,
Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

*Attorneys for Plaintiff*

## ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS

ORDERED that this case is STAYED through February 5, 2025.


_____
**United States District Judge**


                                   1-8-25
                    **DATED:** _____