SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alberto Mpiana Da Mesquita E Melo,<br><br>            Plaintiff,<br><br>      v.<br><br>U.S. Citizenship and Immigration Services (USCIS), et al.,<br><br>            Defendant. | Case No. 2:24-cv-01030-JAD-EJY<br><br>**Joint Stipulation and Order to Stay the Proceedings (Fourth Request) until March 7, 2025**<br><br>ECF No. 23 |

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for an additional period of 30 days, or until **March 7, 2025**.

The parties have conferred, and they may resolve this matter without continued litigation. The subject of this litigation concerns Plaintiff's I-485 application for adjustment of status and I-601 application for waiver of grounds of inadmissibility. Plaintiff asserts Defendants have unduly delayed the processing of his I-485 and I-601 applications.

Since the last stay was granted, Defendants conducted an inquiry regarding a potential parole for Plaintiff. The inquiry currently requires the involvement of Plaintiff and his counsel. The parties are also discussing other potential administrative solutions to resolve this matter without continued litigation. The parties thus request an extension of the stay to allow discussions regarding a potential parole and other administrative solutions to conclude. Pending these discussions, this litigation may become moot.

1  This is the fourth request to stay the proceedings. This request is not sought for
2  purposes of delay or any other improper purpose, but to facilitate the parties' efforts to
3  resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ.
4  P. 1. The parties reserve the ability to seek additional time to finalize resolution, if
5  necessary.

6  Respectfully submitted this 6th day of February 2025.

| SULL & ASSOCIATES, PLLC. | SUE FAHAMI<br>Acting United States Attorney |
|---|---|
| /s/ Hardeep Sull<br>HARDEEP SULL<br>3753 Howard Hughes Parkway,<br>Suite 200<br>Las Vegas, Nevada 89169<br>(702) 953-9500<br>dee@sullglobal.com | /s/ Christian R. Ruiz<br>CHRISTIAN R. RUIZ<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

THE BROOKS LAW FIRM, APC

/s/ Carlo Brooks
CARLO BROOKS
*Pro hac vice*
3826 Grand View Blvd.,
Suite 661472
Los Angeles, CA 90066
(310) 691-9373
carlo@carlobrooks.com

*Attorneys for Plaintiff*

Based on the parties' stipulation [ECF No. 23] and good cause appearing, IT IS ORDERED that **this case is STAYED through March 7, 2025.**

_____
**United States District Judge**

DATED: 2/6/25