SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Alberto Mpiana Da Mesquita E Melo,<br><br>                    Plaintiff,<br><br>          v.<br><br>U.S. Citizenship and Immigration Services (USCIS), et al.,<br><br>                    Defendant. | Case No. 2:24-cv-01030-JAD-EJY<br><br>**Joint Stipulation and Order to Stay the Proceedings (Fifth Request)**<br><br>ECF No. 25 |

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for an additional period of 30 days, or until **April 6, 2025**.

The subject of this litigation concerns Plaintiff's I-485 application for adjustment of status and I-601 application for waiver of grounds of inadmissibility. Plaintiff asserts Defendants have unduly delayed the processing of his I-485 and I-601 applications.

The parties have conferred and may resolve this matter without continued litigation. Since the last stay was granted, Defendants reopened Plaintiff's administrative applications and granted his I-601 application. Plaintiff's I-485 application remains pending.

Plaintiff, through his counsel, is in the process of preparing a parole request for submission to a third-party agency, the outcome of which may determine the outcome of his I-485 application. Defendants have also requested briefing from Plaintiff to address certain issues in his pending I-485 application. The parties thus request an extension of the

stay in the district court proceedings to allow the parties an opportunity to pursue Plaintiff's parole request and conclude the administrative process. Pending the conclusion of the remaining administrative processing of Plaintiff's I-485 application and parole request, this litigation may become moot.

This is the fifth request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1. The parties reserve the ability to seek additional time to finalize resolution, if necessary.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

      Respectfully submitted this 10th day of March 2025.

2

3

SULL & ASSOCIATES, PLLC.         SUE FAHAMI
                                  Acting United States Attorney

4

*/s/ Hardeep Sull*                 */s/ Christian R. Ruiz*

5

HARDEEP SULL               CHRISTIAN R. RUIZ
3753 Howard Hughes Parkway,   Assistant United States Attorney
Suite 200                   *Attorneys for the Federal Defendants*

6

Las Vegas, Nevada 89169

7

(702) 953-9500
dee@sullglobal.com

8

9

THE BROOKS LAW FIRM, APC

10

*/s/ Carlo Brooks*

11

CARLO BROOKS
*Pro hac vice*
3826 Grand View Blvd.,

12

Suite 661472
Los Angeles, CA 90066

13

(310) 691-9373
carlo@carlobrooks.com

14

15

*Attorneys for Plaintiff*

16

**ORDER**

17

     Based on the parties' stipulation **[ECF No. 25]** and good cause appearing, IT IS

18

ORDERED that THE STAY IS EXTENDED to April 6, 2025.

19

                       _____

20

                       U.S. District Judge Jennifer A. Dorsey
                       Dated: March 10, 2025

21

22

23

24

25

26

27

28