SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar No. 8264
CHRISTIAN R. RUIZ
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Christian.Ruiz@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Alberto Mpiana Da Mesquita E Melo,<br><br>Plaintiff,<br><br>v.<br><br>U.S. Citizenship and Immigration Services (USCIS), et al.,<br><br>Defendant. | Case No. 2:24-cv-01030-JAD-EJY<br><br>**Stipulation & Order to Stay the Proceedings (Sixth Request)**<br><br>ECF No. 27 |

Plaintiff and Defendants, through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance for an additional period of 30 days, or until **May 6, 2025**.

The subject of this litigation concerns Plaintiff's I-485 application for adjustment of status and I-601 application for waiver of grounds of inadmissibility. Plaintiff asserts Defendants have unduly delayed the processing of his I-485 and I-601 applications.

The parties have conferred and may resolve this matter without continued litigation. Since the Complaint was filed, USCIS granted Plaintiff's I-601 application, as reported in the fifth Joint Stipulation to Stay the Proceedings (ECF No. 25).

Since the last stay was granted, Plaintiff, through counsel, submitted a parole request, which USCIS forwarded to the third-party agency with the authority to adjudicate it: U.S. Immigration and Customs Enforcement (ICE). The parole request is currently under review.

ICE's adjudication of the parole request may resolve impediments to the I-485 application, which is currently pending with USCIS. The parties have agreed to maintain the I-485 application open during the pendency of the parole request and, if necessary as a result of ICE's decision-making, during the preparation, submission, and full consideration of any additional materials pertinent to the I-485 application.

The parties thus request an extension of the stay in the district court proceedings to allow the parties an opportunity to conclude the administrative process. Pending the conclusion of the remaining administrative processing of Plaintiff's I-485 application and parole request, this litigation may become moot.

This is the sixth request to stay the proceedings. This request is not sought for purposes of delay or any other improper purpose, but to facilitate the parties' efforts to resolve the matter in a "just, speedy, and inexpensive" manner consistent with Fed. R. Civ. P. 1. The parties reserve the ability to seek additional time to finalize resolution, if necessary.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1   Respectfully submitted this 9th day of April 2025.

2

3 SULL & ASSOCIATES, PLLC.   SIGAL CHATTAH
               United States Attorney

4 */s/ Hardeep Sull*       */s/ Christian R. Ruiz*
5 HARDEEP SULL        CHRISTIAN R. RUIZ
 3753 Howard Hughes Parkway,   Assistant United States Attorney
 Suite 200          *Attorneys for the Federal Defendants*
6 Las Vegas, Nevada 89169
7 (702) 953-9500
 dee@sullglobal.com

8

9 THE BROOKS LAW FIRM, APC

10 */s/ Carlo Brooks*
 CARLO BROOKS
11 *Pro hac vice*
 3826 Grand View Blvd.,
12 Suite 661472
 Los Angeles, CA 90066
13 (310) 691-9373
 carlo@carlobrooks.com

14 *Attorneys for Plaintiff*      **ORDER**

15

16         **Based on the parties' stipulation [27] and with good**
         **cause appearing, IT IS ORDERED that the STAY of**
17         **this action is extended to May 6, 2025.**

18

19

20         _____
         **United States District Judge**
21         **DATED:** _____4/16/25_____

22

23

24

25

26

27

28